

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00287-CV

| | | |
|---|---|---|
| SHERRY DENSMORE, THOMAS J. LOUGHREY JR., ROBERT C. HANKINS II, AND MATTHEW L. GALLITON, Appellants | § | On Appeal from |
| | § | County Court at Law No. 1 |
| | § | of Parker County (CIV-16-1104) |
| v. | § | March 19, 2020 |
| J. HORACE MCCARLEY, DEBBY MCCARLEY, AND LONESTAR DOODLES, LLC, Appellees | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's final judgment. It is ordered that the final judgment of the trial court is affirmed.

This court taxes all costs incurred related to this appeal against appellants Sherry Densmore, Thomas J. Loughrey Jr., Robert C. Hankins II, and Matthew L. Galliton, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
    Justice Lee Gabriel